**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

ANATALIO NUNEZ AGUILAR and
HERIBERTO HERNANDEZ SANCHEZ,

Petitioners,

v. CIVIL ACTION NO. 3:26-0611

DAVID VENTURELLA,
Acting Director, United States Immigration and
Customs Enforcement,
MARKWAYNE MULLIN,
Secretary of Homeland Security;
TODD BLANCHE,
United States Attorney General,
DAVID KLUEMPER,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
KENNETH BARNETT,
Supervisory Detention and Deportation Officer,
United States Immigration and Customs Enforcement;
JOHN RIFE,
Field Office Director, Philadelphia Field Office,
United States Immigration and Customs Enforcement;
in their official capacities,

Respondents.

**ORDER**

Pending before the Court is a Petition for Habeas Corpus relief filed by Petitioners Anatalio Nunez Aguilar and Heriberto Hernandez Sanchez. For reasons apparent to the Court, Petitioners' Amended Petition, ECF No. 11, is **GRANTED**, and Respondents' Motion to Dismiss, ECF No. 8, is **DENIED**. A memorandum opinion will follow shortly.[1]

[1] The Petition was initially filed as a next friend petition. Pet., ECF No. 1.

Respondents are **ORDERED** to **PROMPTLY RELEASE** Petitioners Anatalio Nunez Aguilar and Heriberto Hernandez Sanchez at their **current place of detention**, no later than **Today, October 6, 2026, at 5:00 PM**. *See* Pets.' Notice, ECF No. 9. Respondents are **DIRECTED** to provide reasonable notice of at least **three hours** to Petitioners' counsel of the anticipated time and place of Petitioners' release. Respondents are **ORDERED** to facilitate the prompt return of all property seized incident to Petitioners' detention, including legal documents. Respondents shall file a notice of compliance with the Court.

The Court **ORDERS** that Respondents are **PROHIBITED** from re-arresting and detaining Petitioners under 8 U.S.C. § 1225 and are **PROHIBITED** from re-arresting and detaining Petitioners under 8 U.S.C. § 1226(a) absent notice, a reasonable opportunity to obtain counsel, and a constitutionally adequate custody determination hearing before a neutral and detached decisionmaker. Respondents are **PERMANENTLY ENJOINED** from imposing any conditions or restraints on Petitioners' liberty (including but not limited to an ankle monitor, curfew, or electronic monitoring) without an individualized assessment of the need for such restraints and a pre-deprivation hearing before a neutral and detached decisionmaker.

The Hearing previously scheduled for Wednesday, October 7, 2026, is **CANCELED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: October 6, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE